**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
In re:

JOSEPH B. MONTANA,

                       Debtor.
--------------------------------------------------------------x

CHAPTER 7

Case No. 12-24092 (RDD)

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

      Mark S. Tulis, Trustee of the estate of the above-captioned debtor, reports that the following dividends are unclaimed over 90 days from the date of issuance:

| CLAIMANT(S) NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | $260.44 |

      Trustee's check to your order in the sum of $18.54 is annexed, representing the total of the aforesaid unclaimed dividends.

Dated: Tarrytown, New York
       August 31, 2015

                     Respectfully submitted,


                     /s/ Mark S. Tulis
                     Mark S. Tulis
                     Chapter 7 Trustee